UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| SENTRY SELECT INSURANCE COMPANY,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>NATIONAL LIABILITY & FIRE INSURANCE COMPANY, R.D.T. LOGISTICS, LLC, GERRY MASHAW, NAKOTA TRUCKING, LLC, NAKOTA TRUCKING, LLC, GARY HANSEN, GAIL HANSEN, AND GENERAL STAR INDEMNITY COMPANY<br><br>　　　　Defendants. | File No. 20-CV-5066<br>Chief Judge Roberto A. Lange<br><br>**Order and Judgment of Dismissal with Prejudice** |

Based upon the foregoing executed *Stipulation for Order and Judgment of Dismissal with Prejudice* (Doc. 107), and upon all of the files and records herein, and the Court being fully advised, it is hereby

ORDERED, ADJUDGED, AND DECREED, that the above-captioned matter shall be, and hereby is, dismissed on the merits, with prejudice, and each party shall bear their own attorney's fees and costs.

Dated this 15th day of August, 2023.

　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　ROBERTO A. LANGE
　　　　　　　　　　　　　　　　CHIEF JUDGE

Page 1 of 1

*Sentry vs. Natl Liability & Fire Ins. Co., et al*　　　　　　　　　*Order and Judgment of*
Civil No. 20-5066　　　　　　　　　　　　　　　　　　　　　　　　*Dismissal with Prejudice*